IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02874-WJM-CBS

JOSEPH A. GREEN,
    Plaintiff,
v.

MESA COUNTY SHERIFFS DEPT.,
GRAND JUNCTION POLICE DEPT.,
PETER SCHIMEK,
JEFFERY REZAK,
JEFFREY BYRNE,
PAT AROTIN,
EVERETT BLANCK,
CHRISTOPHER BROOKS,
RONALD SCOTT STONEBURNER,
RICK DYER,
PAUL QUIMBY,
STAN ANCELL, and
WILLIAM "BILL" GARDNER,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Green's "Response to Order to Show Cause Requesting Additional Time for Service of Process" (filed April 25, 2011) (Doc. # 19). Pursuant to the Order of Reference dated December 2, 2010 (doc. # 4), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . . ."

    Since the court issued its Order to Show Cause (Doc. # 9), Defendants Mesa County Sheriff's Department, Grand Junction Police Department, Stoneburner, Dyer, Quimby, Ancell, Gardner, Blanck, and Brooks have entered their appearances in the

1

case.  (*See* Docs. # 17, # 16, # 15, # 14, # 13, # 11, and # 10).  No proof of service of process has been filed as to Defendants Schimek, Rezak, Byrne, or Arotin.  Mr. Green seeks an extension of time to serve these four Defendants.  The Federal Rules of Civil Procedure provide:

> "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . .

Fed. R. Civ. P. 4(m).  The court having reviewed Mr. Green's Response, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. The court's Order to Show Cause dated April 6, 2011 (Doc. # 9) is hereby discharged.

2. Mr. Green shall **on or before May 16, 2011** file appropriate proof of service of process on Defendants Schimek, Rezak, Byrne, and Arotin.  Failure to file proof of service of process on Defendants Schimek, Rezak, Byrne, and Arotin by May 16, 2011 may result in dismissal without prejudice of these four Defendants from this civil action.

DATED at Denver, Colorado, this 26th day of April, 2011.

BY THE COURT:

　　s/Craig B. Shaffer　　
United States Magistrate Judge